FILED
2020 Jul-09 PM 04:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 2:19-cr-0654-AKK |
| | ) |
| JOSHUA LEE JONES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The court has for consideration Defendant's motion to suppress, doc. 15. The magistrate judge filed a report on May 26, 2020, recommending that the court deny Defendant's motions. *See* doc. 27. The Defendant has not filed an objection to the report and recommendation. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and his recommendation is **ACCEPTED**. It is therefore **ORDERED** that Defendant's motion to suppress, doc. 15, is **DENIED.**

Done this the 9th day of July 2020.

_____
ABDUL K. KALLON
UNITED STATES DISTRICT JUDGE